IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HI-TECH OF SOUTH FLORIDA, INC.,

    Plaintiff,

    v.                          Case No. 3:06cv66/RV/EMT

LPP, LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

By order entered herein on January 16, 2007, the plaintiff was directed to show cause, if any there by, why this case should not be dismissed for lack of prosecution. The record reflects that plaintiff has not responded to the order. Accordingly, this case is hereby DISMISSED, without prejudice.

DONE AND ORDERED this <u>31st</u> day of January, 2007.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **Senior United States District Judge**